**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen S Edwards, | No. CV-25-02296-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Superior Court, et al., | |
| Defendants. | |

Plaintiff Stephen S. Edwards is attempting to sue the Maricopa County Superior Court, Lakewood Community Association, the United States Department of Justice, and former Maricopa County Sheriff Paul Penzone.[1] The court may sua sponte dismiss a complaint when it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Edwards's complaint is dismissed.

Edwards appears to be suing over a dispute with his homeowners association—Lakewood Community Association—that led to proceedings in state court. Dissatisfied with the outcome in state court, Edwards filed this suit alleging the Maricopa County Superior Court has "[a] deficient pattern of depravation" and the rulings against him were a "Hate Crime." (Doc. 1 at 3, 7.) Edwards further alleges Lakewood is "RACIST Morally,

---

[1] This is Edwards's twenty-fourth lawsuit in this court. After some of his suits were dismissed, Edwards attempted to sue the judges who had ruled against him. *See* No. CV-17-4661. In 2019, a district judge declared Edwards a vexatious litigant and prohibited him from filing any additional suits against particular defendants. *Edwards v. PHH Mortg. Corp.*, No. CV-18-04040-PHX-SPL, 2019 WL 1950304, at *5 (D. Ariz. Apr. 30, 2019), *aff'd*, 808 F. App'x 517 (9th Cir. 2020). Also in 2019, the Maricopa County Superior Court declared Edwards a vexatious litigant and prohibited him from filing any new suit "without leave of the Civil Presiding Judge or his/her designee." (Doc. 1 at 23.)

Legally bankrupt," apparently as evidenced through Lakewood's actions in the state court proceedings. (Doc. 1 at 2.) Edwards names the Department of Justice as a defendant because he believes "[t]he Services of the DOJ should be referred to investigate the allegations of a hate crime." (Doc. 1 at 7.) And Edwards names Penzone because the Sheriff's Office's "Foreclosure process" "depraves [sic] the HOA Foreclosure Victim and further victimizes the homeowner." (Doc. 1 at 3.) These allegations qualify as frivolous.

Edwards was informed in one of his prior suits that he could not sue the Maricopa County Superior Court because it is a non-jural entity. *Edwards v. Lakewood Cmty. Ass'n*, No. CV-18-01934-PHX-JJT, 2018 WL 4953263, at *1 (D. Ariz. Oct. 12, 2018). That remains true. Edwards cannot sue the United States Department of Justice absent a waiver of sovereign immunity, and he has not identified any such waiver. *Balser v. Dep't of Just., Off. of U.S. Tr.*, 327 F.3d 903, 907 (9th Cir. 2003). Edwards's claims against Lakewood are based only on Lakewood's pursuit of state-court litigation against Edwards. That is not sufficient to state any plausible claim for relief. And there are no allegations establishing former Sheriff Penzone might be personally liable to Edwards based on the "foreclosure process" the Sheriff's Office allegedly follows. The complaint is dismissed without leave to amend.

**IT IS ORDERED** the complaint (Doc. 1) is **DISMISSED WITHOUT LEAVE TO AMEND**. The Clerk of Court shall enter judgment a judgment of dismissal without prejudice and close this case.

Dated this 7th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge